# UNITED STATES DISTRICT COURT
for the
Southern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
    3 iPhones inventoried as 4122023CE086 ) Case No. **23mj1976**
    Item #1;  Item #2 ; Item #3 )
)

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein,

located in the   Southern   District of   California  , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1029(a)(2) | Use of Unauthorized Access Devices |
| 18 USC 1029(a)(4) | Possession of Device-Making Equipment |

The application is based on these facts:
See Attached Affidavit of USSS Special Agent Kenneth Henderson, incorporated herein.

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

USSS Special Agent Kenneth Henderson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
  telephone   *(specify reliable electronic means)*.

Date: 06/05/2023

*William V. Gallo*
*Judge's signature*

City and state:  San Diego, California      Hon. William V. Gallo, US Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

I, Kenneth Henderson, being duly sworn, state as follows:

1. I am a Special Agent ("SA") with the United States Secret Service ("USSS") and have been so employed since June 2015. In this capacity, I currently am assigned to the Criminal Investigative Division. Upon entering the USSS, I completed 18 weeks of basic training. This training covered various aspects of federal law enforcement, including instruction on the investigation of financial crime. I have investigated numerous individuals for a wide variety of federal and state felony offenses, including computer fraud and access device fraud. Furthermore, I have attended in excess of 100 hours of USSS training pertaining to computer investigations involving cyber and electronic crimes.

2. The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this and related investigations into California Electronic Benefit Transfer (EBT) fraud; my review of documents and records related to this and related investigations; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

## STATEMENT OF PROBABLE CAUSE

*Overview*

3. The United States Secret Service (USSS) and the Southern California Cyber Fraud Task Force (SoCal CFTF) are working with state and federal agencies to investigate the theft and misuse of funds electronically distributed to individuals receiving public assistance.

4. This Affidavit is submitted in support of Complaints to arrest Gabriel IONITA and Richard CALIN and for warrants to search three iPhones (inventoried

under 4122023CE086 Items #1, #2 and #3) that were seized incident to their arrest. In the early morning hours of June 3, 2023, IONITA and CALIN, working in tandem, successfully withdrew $14,620 from a San Diego County ATM using EBT account information issued to 13 other people, and unsuccessfully attempted to withdraw an additional $14,450 using EBT account information issued to eight other people, for a total intended loss of $29,070.

5. Following their arrest, law enforcement determined that the car they were traveling in was not registered to either IONITA or CALIN, but rather appeared to be a rental car belonging to a company located in Hollywood, CA, and would be returned to the registered owner. To inventory and preserve any personal effects or evidence contained in the car, law enforcement searched the car and discovered skimming equipment in the form of multiple skimmers, a pinhole camera overlay that appeared designed to record ATM PINs, and tools used to insert the skimmer into ATMs.

6. Based on the facts described below, I submit there is probable cause to arrest IONITA and CALIN and search the three cell phones seized incident to their arrest for evidence of violations of 18 U.S.C. §§ 1029(a)(2) (use of unauthorized access devices) and (a)(4) (possession of device-making equipment).

*Background on Electronic Benefit Transfer Cards*

7. In the summer of 2022, California's Department of Social Services (CalDSS) advised the SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKS.

8. The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program (SNAP) that it administers through its Food and Nutrition Service (FNS). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and

AFFIDAVIT -2-

loaded to an account that a qualified recipient access by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer (EBT) Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawls is received from either a point-of-sale (POS) terminal or an ATM.

9. CalWORKS is a public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKS assistance receive money each month to help pay for housing, food, and other necessary expenses. CalWORKS, along with CalFresh, is distributed by CalDSS through the California Advantage EBT card.

10. California public benefits associated with California's Employment Development Department (EDD) are being stolen in a similar way to CalFresh and CalWORKS benefits. In California, the EDD administers unemployment insurance, disability insurance, and paid family leave programs. EDD benefits, like EBT benefits, are distributed via electronic transfers to an access device card that, similar to a debit card, enable the user to make cash withdrawals and payments. In California, EDD benefits are distributed through an EBT card issued by Bank of America.

11. After a recipient applies for, and is approved to receive, California public assistance benefits, the benefits are automatically distributed to the recipient's EBT or EDD card on a designated day of the month (typically, in California, the first five days of the month). To access their benefits to purchase eligible food items, recipient swipe their card through a point-of-sale terminal, or insert it into an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique Personal Identification Number (PIN) into a keypad to complete the transaction.

12. The USSS has gathered evidence indicating that members of what appear to be one or more criminal enterprises are stealing California EBT and EDD account information by installing skimmers on point-of-sale terminals, often by targeting point-of-sale terminals at large volume retailers, like Walmart, in communities with higher concentrations of public benefit recipients. The skimmed data is then often re-encoded onto the magnetic strips of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature of cloned cards is that the account number encoded on the card's magnetic strip will not match the number embossed on the card's face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN on the physical cards, or access devices, that are swiped at a point-of-sale terminal along with the account balance.

13. Data provided by CalDSS indicates that, between approximately August 2022 and January 2023, in the Southern District of California and elsewhere, more than approximately $38.9 million has been stolen using compromised EBT account information. Most of the stolen funds were obtained through unauthorized ATM withdrawals. CalDSS reports that approximately $2.3 million has been stolen through unauthorized ATM withdrawals in San Diego County and San Diego residents who receive EBT benefits have had approximately $2.9 million of their benefits fraudulently withdrawn at ATMs outside the county.

*Prior Southern California EBT Fraud Operations*

14. In July and August 2022, the SoCal CFTF learned of connected incidents at Walmart stores in Chula Vista, National City, and Sherman Heights involving overlay

AFFIDAVIT -4-

skimmers that appeared to be part of the California EBT fraud scheme.[1] According to police reports and records obtained by the task force, in June 2022, National City Police arrested a Romanian national who was caught installing an overlay skimmer without authorization at a National City Walmart. The suspect had at least one coconspirator assist him with the installation. (The coconspirator left the store before law enforcement arrived.) In July 2022, employees at a Chula Vista Walmart discovered an unauthorized overlay skimmer installed on a point-of-sale terminal. Store surveillance footage showed that the individual arrested by National City Police had, along with his unidentified coconspirator, installed the overlay skimmer at the Chula Vista Walmart two days before his arrest in National City. When arrested by National City Police, the suspect presented a fake European ID that misrepresented his name and nationality Record checks revealed his true name, Romanian nationality, and indicated that he had entered the U.S. without inspection. Additional investigation revealed that this individual, or someone closely matching his appearance, had installed an overlay skimmer at a Sherman Heights Walmart in March 2022 with the assistance of two additional coconspirators. The SoCal CFTF obtained a warrant (22MJ3289) to search the phone seized incident to the suspect's arrest. The search showed that the phone was assigned to a Los Angeles phone number, which was consistent with statements the individual made to the arresting officer that he lived in the Los Angeles area.

---

[1] An overlay skimmer is a skimmer that is part of a counterfeit faceplate designed to resemble the legitimate point-of-sale terminal. Overlay skimmers are mounted to the legitimate point-of-sale terminal and allow a victim's credit or debit card to be read by the legitimate terminal. In the process of inserting the victim's credit or debit card into the legitimate terminal, the card is also read by the overlay skimmer, which stores the card's stolen electronic information for later unauthorized use. The overlay skimmers at issue in the California EBT investigation are not designed to read credit or debit cards embedded with a chip (i.e., most credit and debit cards). Unlike most bank-issued credit and debit cards, California EBT cards do not have chips (which makes the cards less expensive). The overlay skimmers that cannot read cards with chips therefore typically target California EBT cards.

AFFIDAVIT                                    -5-

15. On the night of August 31, 2022, and into the early morning hours of September 1, 2022, the SoCal CFTF conducted surveillance of three San Diego ATMs that had previously been used to make unauthorized California EBT withdrawals. With information provided by bank investigators, the task force identified and arrested two men. Both presented fake European IDs at the time of their arrest that misidentified their names and nationalities. Record checks ultimately revealed that both men were Romanian citizens who lacked legal status to be in the United States. The SoCal CFTF filed state charges against the two defendants, who were released on bond and disappeared. Both individuals are believed to reside in the greater Los Angeles area.

16. In a search incident to their arrests, the SoCal CFTF found the men to be in possession of approximately $10,000, gift cards with magnetic strips, skimming tools, and a skimmer. The gift cards all contained what appeared to be a PIN handwritten on them. Task force members also found and seized multiple cell phones and a laptop. Pursuant to a federal warrant (22MJ4389), the SoCal CFTF later searched these cell phones and laptop.

17. The search showed that men used their phones to record ATM withdrawals, store and communicate about EBT cards and track data (e.g., the electronic account information encoded on a card's magnetic strip), coordinate Airbnb rentals, and included information for a rental car that was caught on surveillance cameras during an unauthorized ATM withdrawal. These search results were consistent with reports that individuals involved in Romanian California EBT skimming schemes were using rental cars and Airbnbs at the start of each month to conceal their identity and location while engaging in unauthorized EBT withdrawals designed to steal public assistance benefits before the rightful recipients could use them. The results of the laptop search included photos and video showing a skimming device hooked up to what appeared to be the searched laptop. In the video, which showed the laptop's screen, the laptop user used a software program to extract and process raw skimmer data and then convert the data

AFFIDAVIT -6-

into usable track data that could then be encoded onto an access device's magnetic strip. The laptop contained multiple photos and videos of text files of converted track data, as well as internet browsing history showing the user(s) accessed websites that confirm if a credit or debit card number is open and active, as well as pinhole camera footage of what appeared to be ATM keypads where people were recorded entering what appeared to be PINs.

18. Subsequent investigation by the USSS revealed that one or both of the men arrested on September 1, 2022 had, in coordination with additional unidentified coconspirators, made unauthorized EBT account withdrawals at San Diego County ATMs on the nights or early morning hours of 5/2/2022, 5/3/2022, 6/1/2022, 6/15/2022, 7/7/2022, 7/8/2022, 7/9/2022, 7/12/2022, 8/1/2022, 8/2/2022, 8/3/2022. The largest withdrawals tended to be at the beginning of each month. For example, on July 2, 2022, $16,990 was withdrawn from ATMs at one location (1775 Camino De La Reina) and, on August 2, 2022, $27,860 was withdrawn from ATMs at the same location. Surveillance footage also showed that an individual matching the appearance of one of the men arrested had installed a skimmer at a San Diego convenience store in mid-July 2022 and returned a few days later to retrieve it. This pattern of activity was consistent with reporting that the EBT fraud crews tended to use compromised EBT and EDD accounts to make unauthorized cash withdrawals at the start of each month and to install and retrieve skimmers at other times to harvest compromised EBT and EDD account information.

19. In early February 2023 and early March 2023, the USSS's Los Angeles field office conducted similar surveillance operations at ATMs located in their district. Pursuant to these operations, the Central District arrested and charged 14 individuals for engaging in bank fraud, access device fraud, and/or aggravated identify theft. All these individuals were found in possession of fraudulent EBT account information and two also possessed fraudulent EDD account information encoded onto access device

AFFIDAVIT -7-

cards. At least three also possessed skimming devices and skimming-related tools. Between the 14 people charged, they possessed over 1000 fraudulent cards. Of these cards, approximately 635 were encoded with compromised California EBT account information and approximately 388 were encoded with compromised EDD account information. Most of the cards were "Vanilla" gift cards that were encoded with compromised account information. All 14 defendants were Romanian and all but one lacked status and appeared to have entered the United States without inspection. Six of the defendants possessed fake European IDs that misidentified their names and nationalities. All but one of the defendants was in possession of one or more cell phones. The USSS is still reviewing these phones pursuant to a federal search warrant. Preliminary review of at least one defendant's phone shows the phone was used to research ATM locations.

20. In late March 2023, the SoCal CFTF obtained arrest warrants (23MJ0914) for two Romanian nationals who conspired to use stolen EBT benefits to make over $250,000 in unauthorized SNAP transactions at grocery stores located in San Diego and Riverside County. To date, only one of the defendants has been arrested and she is charged by Information (23CR0794-RBM). Search results for two phones seized from the charged defendant and searched pursuant to a federal warrant (23MJ0606) include geolocation information tying the conspirators to fraudulent activity, videos and photographs of fraudulent proceeds, and coconspirators' names, contact information, and communications. The members of this conspiracy appear to have bought compromised EBT account information from a fellow Romanian.

*June 2023 San Diego Operation*

21. On the night of June 2, 2023, and into the early morning hours of June 3, 2023, the USSS and SoCal CFTF initiated surveillance of multiple San Diego County ATM locations with a history of fraudulent EBT withdrawal activity. At approximately 3:36am, law enforcement was notified by a U.S. Bank employee of what appeared to

AFFIDAVIT -8-

be multiple fraudulent EBT withdrawals at an ATM located at 5664 Mission Center Road Suite 403, San Diego, California 92108. U.S. Bank operates in interstate and foreign commerce, with its headquarters located in Minnesota.

22. The U.S. Bank employee reported that the individual at the ATM was a male, wearing a black jacket, white shorts, white shoes, short hair and potentially a beard. The U.S. Bank employee reported that the mane had made at least eight EBT withdrawals on different EBT cards and withdrawn over $1,000.

23. At approximately 3:49 am the U.S. Bank employee reported the first individual had left the ATM and a second individual had started using the ATM. The second ATM user was described as a male wearing a white Nike shirt. The U.S. Bank employee reported the second individual had also started making EBT withdrawals. In total the U.S. Bank employee reported that the second individual had made approximately five EBT account withdrawals totaling over $1,000.

24. Law enforcement arrived on the scene at approximately 3:56 am, in time to see the second individual, later identified as Richard CALIN, conducting what appeared to be transactions at the ATM identified by U.S. Bank. Consistent with the bank's prior description, CALIN was wearing a white Nike shirt. A second individual, later identified as Gabriel IONITA, was sitting in the driver's seat of a black Cadillac Escalade parked next to the ATM. IONITA was wearing a black jacket, white shorts and white shoes, which matched the U.S. Bank employee's description of the first individual at the ATM. IONITA appeared to be waiting for CALIN.  Upon arriving, law enforcement directed IONITA to exit the vehicle.

25. At the scene, law enforcement was advised by U.S. Bank that the individual matching IONITA's appearance had conducted eight successful EBT withdrawals totaling $9,080 and attempted eight unsuccessful transactions for $14,450, for a combined total of $23,530.  Over those 16 transactions, U.S. Bank reported that the individual matching IONITA's appearance had used 14 unique EBT accounts.  U.S.

AFFIDAVIT -9-

Bank also confirmed that the individual matching CALIN's appearance had conducted five successful EBT withdrawals totaling $5,540 using five unique EBT accounts.

26. Based on the date, time, ATM location, presence of multiple, and successive ATM withdrawals on multiple EBT cardholder accounts during a short time, law enforcement detained IONITA and CALIN to investigate further.

27. Upon inspection, CALIN was found to be in possession of what appeared to be cloned EBT cards, which were Visa gift cards and not legitimate California Advantage EBT cards or ATM debit cards. CALIN also had $5,540 in U.S. currency in multiple denominations, which matched the amount that U.S. Bank reported he had withdrawn using EBT account information.

28. CALIN provided the name "Duda Boleslaw" to law enforcement and possessed an ID from Poland bearing the name "Duda Boleslaw." (A Polish passport which appeared to be counterfeit in the name of "Duda Boleslaw" was also later found in the center console of the vehicle.) Additionally, CALIN possessed what appeared to be two genuine bank ATM cards in the name of Duda Boleslaw. CALIN appeared to understand and respond to law enforcement in English but refused to indicate what language he spoke. Law enforcement asked if CALIN was with IONITA, to which CALIN responded in the affirmative. CALIN also asked to retrieve a cell phone from the vehicle.

29. When asked to identify himself, IONITA provided his true name. When IONITA opened the front driver-side door and exited the vehicle, law enforcement saw in plain view what appeared to be multiple gift cards under the driver seat.

30. Based upon the above relevant facts, the SoCal CFTF conducted probable cause arrests of IONITA and CALIN on June 3, 2023 at approximately 04:05 hours.

31. During an inventory search and to preserve any evidence that would otherwise be lost when the rightful owner reclaimed what appeared to be a rental vehicle owned by a company located in Hollywood, CA, law enforcement searched the car.

AFFIDAVIT -10-

During the search, law enforcement found what appeared to be approximately 23 cloned EBT cards on which California EBT account information was encoded onto the gift cards' magnetic strips, which also had what appeared to be PINs handwritten onto the cards. Also contained in the vehicle was approximately $5,478 of U.S. currency in the vehicle glove box and an additional $12,570 in a bag on the second-row passenger seat. On the same seat, three skimmers and four pinhole cameras, along with skimmer related tools, were found in another bag. A pinhole camera overlay was also found in the second row of seats. Tools used to insert the skimmer into ATMs were also found in the center console.

32. At the time of the arrests of IONITA and CALIN, law enforcement found three cell phones in the center console of the vehicle: a blue Apple iPhone 13 Pro seized incident to arrest and inventoried as "4122023CE086 Item #1"; a purple Apple iPhone 14 Pro seized indecent to arrest and inventoried as "4122023CE086 Item #2"; and a gold Apple iPhone 10 seized indecent to arrest and inventoried as "4122023CE086 Item #3".

33. I submit there is probable cause to search the phones for evidence of and relating to skimming and EBT fraud-related activity. As outlined in part above, individuals engaged in similar activities in Southern California have been shown to use their phones to communicate with coconspirators, research ATM locations, navigate, store and record fraud-related information (e.g. electronic account information, photos and videos of contraband), conduct balance inquiries via phone and the Internet, and facilitate travel and lodging while conducting fraud-related activities. The investigation to date shows that EBT fraud and related skimming activities involving Los Angeles-area Romanians has occurred in San Diego County since at least March 2022. Accordingly, this affidavit seeks authorization to search the seized cell phones for evidence from March 1, 2022 through and including June 3, 2023.

AFFIDAVIT -11-

Procedures for Electronically-Stored Information

**Cell Phones**

34. It is not possible to determine, merely by knowing the cellular phone's make, model and serial number, the nature and types of services to which the device is subscribed and the nature of the data stored on the device. Cellular devices today can be simple cellular telephones and text message devices, can include cameras, can serve as personal digital assistants and have functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing. An increasing number of cellular service providers now allow for their subscribers to access their device over the internet and remotely destroy all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "flight mode" which disables access to the network. Unlike typical computers, many cellular telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular telephone models using forensic hardware and software. Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired. For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must inspect the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

35. Following the issuance of this warrant, the USSS will collect the subject cellular telephone and subject it to analysis. If there are technological challenges, the examiners may need to consult with other law enforcement partners. All forensic analysis of the data contained within the telephone and its memory cards will employ

AFFIDAVIT                                                                 -12-

search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

36. Based on the foregoing, identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks or months. The personnel conducting the identification and extraction of data will complete the analysis within ninety (90) days of the date the warrant is signed, absent further application to this court.

PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE

37. The United States is unaware at this time of other attempts to search the subject devices.

CONCLUSION

38. For the reasons described above, there is probable cause to believe that IONITA and CALIN, did knowingly and with intent to defraud use one and more unauthorized access devices during a one-year period, and by such conduct obtain cash and other things of value aggregating $1,000 and more during such one-year period in violation of 18 U.S.C. §§ 1029(a)(2) and (b)(1) (use and attempted use of unauthorized access devices); and did knowingly, and with intent to defraud, have control, custody of, or possesses device-making equipment in violation of 18 U.S.C. § 1029(a)(4).

_____
Special Agent Kenneth Henderson
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on June 5, 2023.

_____*William V. Gallo*_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

AFFIDAVIT -13-

ATTACHMENT A

PROPERTY TO BE SEARCHED

The following property is to be searched:

    a.    Blue Apple iPhone 13 Pro inventoried as 4122023CE086 Item #1 cell phone

    b.    Purple Apple iPhone 14 Pro inventoried as 4122023CE086 Item #2 cell phone

    c.    Gold Apple iPhone 10 inventoried as 4122023CE086 Item #3 cell phone

(the "Target Devices").

The Target Devices are currently in the custody and control of U.S. Secret Service at 550 W. C St, Suite 660, San Diego, CA 92101.

ATTACHMENT B

ITEMS TO BE SEIZED

Authorization to search the Target Devices described in Attachment A includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the Target Devices for evidence described below. The seizure and search of the Target Devices shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the Target Devices will be electronic records, communications, and data such as emails, text messages, mobile messaging application content, social media content, images, records from third-party and websites applications (e.g., Mapquest, Google Maps), photographs, audio files, videos, browsing history, and location data, for the period of June 1, 2022, up to and including June 3, 2023, for the following:

a. Communications, records, images, videos, electronic files, and attachments tending to discuss or pertain to access devices (e.g., EBT cards, EDD cards, debit cards, the electronic track data embedded on such cards) or account information associated with such devices (e.g., PINs, names), or access device-making equipment, including but not limited to the unauthorized use, interception, collection, transfer, or possession of such devices, equipment, or EBT, EDD, debit, or credit card account information;

b. Communications, records, images, videos, electronic files, and attachments tending to discuss or pertain to skimming devices and device-making equipment, or the location or manner in which such devices or equipment are installed, deployed, distributed, collected, or manufactured;

c. Communications, records, images, videos, electronic files, and attachments tending to discuss or reflect an intent to i) steal or misuse access devices, or account information associated with access devices,

  or ii) install, deploy, distribute, collect, or manufacture unauthorized skimming devices and skimming-related equipment, that would tend to discuss or establish motive, opportunity, intent, preparation, plan, knowledge, absence of mistake, or lack of accident, with regard to the crimes under investigation;

d.  Communications, records, images, videos, electronic files, and attachments tending to identify the user(s) of, or persons with control over or access to, the Target Devices, including the telephone number associated with any of the Target Devices and, without any date restriction, all contact entries within the Target Devices;

e.  Communications, records, images, videos, electronic files, and attachments tending to identify the user(s) of the Target Devices' state of mind, knowledge, motive, and voluntariness regarding the crimes under investigation, such as any communications, records, or attachments demonstrating knowledge that EBT or EDD account information, PINs, victim names, skimmers, or access devices were being used without authorization or with an intent to deceive, or that device-making equipment was used or possessed with an intent to defraud or steal;

f.  Communications, records, images, videos, electronic files, and attachments tending to identify or establish the use of fake or stolen personal identification information, such as the names or PINs found on California Advantage cards or fake IDs;

g.  Communications, records, images, videos, electronic files, and attachments tending to identify any co-conspirators, co-schemers, criminal associates, or others involved in a scheme to steal or misuse access device card information, or use or possess access device-making equipment; and

h.  Communications, records, images, videos, electronic files, and attachments that provide context to any communications, records,

images, videos, electronic files, and attachments described above, such as electronic messages sent or received in temporal proximity to any relevant electronic message and any content tending to identify the user(s) of the device to be searched;

**which are evidence of violations of 18 U.S.C. §§ 1029(a)(2) and (a)(4).**